# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                          Case No.: 3:12-bk-04401-JAF

LUCIAN DALE FORTNER,                            Chapter 7

     Debtor.

_____ /

## TRUSTEE'S NOTICE OF INTENT TO COMPROMISE CLAIMS
## WITH MICHAEL A. FORTNER

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within twenty-one (21) days from the date set forth on the proof of service attached to this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and serve a copy on Jacob A. Brown, Esq., Akerman LLP, 50 North Laura Street, Suite 3100, Jacksonville, FL 32202; Aaron R. Cohen, Chapter 7 Trustee, Post Office Box 4218, Jacksonville, FL 32201-4218; and U.S. Trustee, George C. Young Federal Building, 400 W. Washington Street, Suite 1100, Orlando, FL 32801.

If you file and serve an objection within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the objection and may grant or deny the relief requested without a hearing. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

### Procedural Background

On July 3, 2012 (the "Petition Date"), the Debtor, Lucian Dale Fortner (the "Debtor"),

filed a voluntary petition for relief (the "Petition") under Chapter 7 of Title 11 of the United

States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle

District of Florida, Jacksonville Division (the "Bankruptcy Court") in the case styled as *In re*

*Lucian Dale Fortner, Debtor*, Case No.: 3:12-bk-04401-JAF (the "Bankruptcy Case"). On July

3, 2012, Aaron R. Cohen (the "Trustee") was appointed as Chapter 7 Trustee in the Bankruptcy Case.

## Personal Property Issues

On June 5, 1990, a warranty deed was recorded in the Public Records of Saint Johns County, Florida commencing at Official Records Book 858, Page 855 (the "First Deed"), by which Mary Ann Fortner conveyed to Victoria Mae Fortner ("V. Fortner"), Michael A. Fortner ("M. Fortner"), and the Debtor, as joint-tenants with rights of survivorship, of approximately 28.41 acres of certain real property located at W. Race Track Road, Saint Augustine Florida (the "Real Property").

On November 28, 2000, the Death Certificate of V. Fortner was recorded in the Public Records of Saint Johns County, Florida commencing at Official Records Book 1546, Page 124. By operation of law, the interests of V. Fortner in the Real Property automatically vested in the Debtor and M. Fortner upon her death.

On June 24, 2009, the Debtor transferred interests in the Real Property to Joseph L. Boles as Trustee of the Lucian Dale Fortner Irrevocable Trust (the "Trust") (the "Property Interest Transfer") by virtue of a warranty deed recorded in the Public Records of Saint Johns County, Florida commencing at Official Records Book 3209, Page 1805.

On January 13, 2010, a Mortgage Deed dated December 30, 2009 executed by Boles, on behalf of the Trust, and M. Fortner in favor of Kevin M. O'Dwyer, Sr. and Diane O'Dwyer, as Trustees of the O'Dwyer Revocable Trust, was recorded against the Real Property in the Public Records of Saint Johns County, Florida commencing at Official Records Book 3277, Page 1657.

On Schedule F of the Petition, the Debtor scheduled a debt in the amount of $30,000.00 owed to Kevin O'Dwyer, and described that debt as a mortgage on property of the Trust.

As of the Petition Date, the Real Property was titled in the name of the Trust, and M. Fortner, who own that property as joint tenants with rights of survivorship.

On Schedule A of the Petition, the Debtor did not schedule any interests in the Real Property.

On Schedule B of the Petition, the Debtor scheduled interests in the Trust in the amount of $0.00.

On May 21, 2013, the Trustee recorded a Notice of Interest in Property against the Real Property (the "Notice of Interest") in the Public Records of Saint Johns County, Florida commencing at Official Records Book 3733, Page 1913.

The Debtor did not receive any consideration for the Property Interest Transfer. Therefore, on July 25, 2013, the Trustee filed a Complaint (the "Complaint") in the Adversary Proceeding related to the Bankruptcy Case styled as *Aaron R. Cohen, as Chapter 7 Trustee of the Estate of Lucian Dale Fortner, Plaintiff against Joseph Lester Boles, Jr., as Trustee of the Lucian Dale Fortner Irrevocable Trust and Michael A. Fortner, Defendants* Adversary No. 3:13-ap-00348-JAF (the "Adversary Proceeding"), wherein the Trustee sought to avoid the Property Interest Transfer and recover interests of the Debtor pursuant to 11 U.S.C. § 544 and §§ 726.105 and 726.106, Florida Statutes.

### Terms of Compromise with Debtors

The Trustee and M. Fortner have agreed to a compromise of claims related to the Property Interest Transfer, Notice of Interest, Adversary Proceeding, and the other claims described herein (the "Compromise") whereby:

1)    M. Fortner shall pay the Trustee $15,000.00 (the "Settlement Payment") in lump sum on or before February 28, 2014, which payment shall be made by check

payable to Aaron R. Cohen, Chapter 7 Trustee, P.O. Box 4218, Jacksonville, FL 32201-4218;

2)      Within ten (10) days of the Trustee's timely receipt of the full Settlement Payment, Debtors' counsel shall execute a conforming copy of the Joint Stipulation of Dismissal of Complaint, in the form attached hereto as **Exhibit A**, and deliver the executed stipulation to counsel for the Trustee for execution and filing in the Adversary Proceeding; and

3)      Within the later of ten (10) days of the Trustee's timely receipt of the full Settlement Payment or within ten days of entry of an Order approving this Compromise becoming final and non-appealable, the Trustee shall deliver a deed in the form attached hereto as **Exhibit B** to counsel for M. Fortner.

<u>Conclusion</u>

Because the costs and time involved in resolving the bankruptcy estate's interest in the claims described herein could yield less than what creditors will receive as a result of this compromise, the Trustee believes that this compromise is reasonable and recommends it to the creditors of this estate.

[Signatures to follow on next page]

This notice is being served on all parties on the attached mailing matrix.

LaFLEUR LAW FIRM                    AKERMAN LLP

By: _____      By: _____
Nina M. LaFleur                     Jacob A. Brown
Florida Bar.: 0107451               Florida Bar No.: 0170038
Email: nina@lafleurlaw.com          Email: jacob.brown@akerman.com
2730 US 1 South, Suite Q            April G. Hosford
St. Augustine, Florida 32086        Florida Bar No.: 0091388
Telephone: (904) 797-7995           Email: april.hosford@akerman.com
Facsimile: (904) 797-7996           50 North Laura Street, Suite 3100
                                    Jacksonville, FL 32202
Attorney for Debtor and             Telephone: (904) 798-3700
Michael A. Fortner                  Facsimile: (904) 798-3730

                                    Attorneys for Aaron R. Cohen, Chapter 7 Trustee

By: _____
MICHAEL A. FORTNER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished either by electronic notification or U.S. mail, postage prepaid and properly addressed, this 3rd day of February, 2014, to:

Lucian Dale Fortner
3600 Fortner Road
Saint Augustine, FL 32084

Nina M. LaFleur, Esq.
P.O. Box 861128
St. Augustine, FL 32086-1128

Aaron R. Cohen, Chapter 7 Trustee
P.O. Box 4218
Jacksonville, FL 32201-4218

United States Trustee – JAX7
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, Florida 32801

{27773077;1}                                    5

Michael A. Fortner
8542 SW 12th Lane
Gainesville, 32607

Joseph Lester Boles, Jr.
19 Riberia Street
St. Augustine, FL 32084

and all parties on the attached mailing matrix.

/s/ Jacob A. Brown
Attorney

Label Matrix for local noticing
113A-3
Case 3:12-bk-04401-JAF
Middle District of Florida
Jacksonville
Mon Feb 3 11:26:12 EST 2014

BANK OF AMERICA, N.A.
Butler and Hosch, PA
3185 S. Conway Rd. Ste E
Orlando, FL 32812-7349

Lucian Dale Fortner
3600 Fortner Road
Saint Augustine, FL 32084-5868

IberiaBank
c/o J. Ellsworth Summers, Jr., Esq.
Rogers Towers, P.A.
1301 Riverplace Blvd., Suite 1500
Jacksonville, FL 32207-1811

Dyck-ONeal, Inc.
PO Box 13370
Arlington, TX 76094-0370

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CapitalSouth Bank
c/o Adrian Rust, Esq.
1301 Riverplace Blvd.
Jacksonville, FL 32207-9047

Chase Bank, USA
PO Box 15298
Wilmington, DE 19850-5298

Citibank South Dakota, N.A.
PO Box 6241
Sioux Falls, SD 57117-6241

Citifinancial
300 Saint Paul Pl.
Baltimore, MD 21202-2120

Florida Dept. of Revenue
Bankruptcy Unit
P.O. Box 6668
Tallahassee, FL 32314-6668

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197-5253

IBERIABANK
c/o Michael S. Waskiewicz
1301 Riverplace Blvd., Ste. 1500
Jacksonville, Florida 32207-9000

Kevin O'Dwyer
1429 Oak Forrest Drive
Ormond Beach, FL 32174-3407

Mike Lynch
1650 US 1 South
Saint Augustine, FL 32084

Patrick A. Carey, Esq.
10967 Lake Underhill Rd.
Unit 125
Orlando, FL 32825-4454

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)PROFESSIONAL DEBT MEDIATION
7948 BAYMEADOWS WAY
2ND FLOOR
JACKSONVILLE FL 32256-8539

St. Johns County Tax Collector
Dennis W. Hollingswo
Post Office Box 9001
Saint Augustine FL 32085-9001

United States Trustee
135 W Central Blvd, Suite 620
Orlando, FL 32801-2476

Victoria S. Jones, Esq.
Florida Default Law Group PL
PO Box 25018
Tampa, FL 33622-5018

Wells Fargo Bank
1201 Hays Street
Tallahassee, FL 32301-2699

Aaron R. Cohen +
P.O. Box 4218
Jacksonville, FL 32201-4218

Jacob A Brown +
Akerman LLP
50 North Laura Street
Suite 3100
Jacksonville, FL 32202-3659

Nina M LaFleur +
2730 US 1 South
Suite Q
St. Augustine, FL 32086-6335

United States Trustee - JAX 13/7 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2217

J. Ellsworth Summers Jr.+
Rogers Towers, P.A.
1301 Riverplace Blvd. Suite 1500
Jacksonville, FL 32207-1811

Dyck-O'Neal, Inc +
P O Box 13370
Arlington, TX 76094-0370

Stephen Joseph Modric +
Butler & Hosch, P.A.
3185 S. Conway Road, Suite E
Orlando, FL 32812-7349

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One | Portfolio Recovery | Professional Debt |
| P.O. Box 85520 | 120 Corporate Blvd., Ste 100 | 4161 Carmichael Ave |
| Richmond, VA 23285 | Norfolk, VA 23502 | Jacksonville, FL 32207 |

End of Label Matrix
Mailable recipients   28
Bypassed recipients    0
Total                 28

EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                         Case No.: 3:12-bk-04401-JAF

LUCIAN DALE FORTNER,                           Chapter 7

    Debtor.
_____ /

AARON R. COHEN, Chapter 7 Trustee,             Adv. Proc. No.: 3:13-ap-00348-JAF

    Plaintiff,

vs.

JOSEPH LESTER BOLES, JR., as Trustee of
The Lucian Dale Fortner Irrevocable Trust,

    Defendant (as to Counts I and II),

and

MICHAEL A. FORTNER,

    Defendant, as to Count III.
_____ /

### JOINT STIPULATION OF DISMISSAL OF COMPLAINT

    It is hereby stipulated by and between Plaintiff, Aaron R. Cohen, as Chapter 7 Trustee, and Defendants, by and through their undersigned counsel, that the Complaint is dismissed as to each Defendant with prejudice. Each party shall incur their own costs and attorneys' fees.

[SIGNATURES CONTINUE ON THE FOLLOWING PAGE]

{27774413;1}

LaFLEUR LAW FIRM                    AKERMAN LLP

By: _____          By:_____
    Nina M. LaFleur                     Jacob A. Brown
    Florida Bar No.: 0107451            Florida Bar No.: 0170038
    Email: nina@lafleurlaw.com          Email: jacob.brown@akerman.com
    2730 US 1 South, Suite Q            April G. Hosford
    St. Augustine, Florida 32086       Florida Bar No.: 0091388
    Telephone: (904) 797-7995          Email: april.hosford@akerman.com
    Facsimile: (904) 797-7996          50 North Laura Street, Suite 3100
                                        Jacksonville, FL 32202
Attorney for Debtor, and Defendant,    Telephone: (904) 798-3700
Michael A. Fortner                     Facsimile: (904) 798-3730

                                        Attorneys for Aaron R. Cohen, Chapter 7 Trustee

## <u>CERTIFICATE OF SERVICE</u>

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or U.S. mail, this _____ day of _____, 2014, to:

Joseph Lester Boles, Jr.
19 Riberia Street
St. Augustine, FL 32084

Nina M. LaFleur
2730 US 1 South, Suite Q
St. Augustine, Florida 32086

Aaron R. Cohen, Chapter 7 Trustee
P.O. Box 4218
Jacksonville, FL 32201-4218

Michael A. Fortner
8542 SW 12th Lane
Gainesville, 32607

                                       */s/ Jacob A. Brown*
                                       Attorney

**EXHIBIT B**

Prepared by:

Jacob A. Brown, Esq.
Akerman LLP
50 North Laura Street, Suite 3100
Jacksonville, FL 32202

---

### TRUSTEE'S DEED

THIS TRUSTEE'S DEED (the "Deed") is made as of this ____ day of _____, 2014 (the "Effective Date") between Aaron R. Cohen, as Trustee (and not individually) (the "Grantor") of the bankruptcy estate (the "Estate") of Lucian Dale Fortner ("Debtor"), which is pending in the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, Case No.: 3:12-bk-04401-JAF, whose post office address is Post Office Box 4218, Jacksonville, FL 32201-4218, and Michael A. Fortner, whose mailing address is _____ (the "Grantee").

WHEREAS, the Grantor was duly appointed as the Chapter 7 Trustee in the bankruptcy of the Debtors' Estate and qualified as such and is serving as such; and

WHEREAS, the Grantor filed and served that certain Notice of Interest in Property (the "Notice") in the Public Records of Saint Johns County, Florida commencing at Official Records Book 3733, Page 1913.

NOW, THEREFORE, the Grantor in consideration of the sum of Fifteen Thousand and no/100 Dollars ($15,000.00) paid by the Grantee, the receipt and sufficiency of which is hereby acknowledged by the Grantor, has granted, bargained and sold to the Grantee, its successors, heirs and assigns forever, to have and to hold, all of the Grantor's interest in the real property located at 0 W. Race Track Road, St. Augustine, St. Johns County, Florida, referred to herein as the "Property", to-wit, as further Property is described on **Exhibit A** attached hereto.

This conveyance is expressly subject to all covenants, restrictions, easements, limitations, assessments and other matters of record (although reference to such matters herein shall not serve to extend the same) existing zoning and/or restrictions imposed by governmental authority, and ad valorem taxes.

By acceptance of this Deed, Grantee agrees that Grantor is not making and specifically disclaims any warranties or representations of any kind or character, express or implied, with respect to the Property, including, but not limited to, warranties or representations as to matters of title, zoning, tax consequences, physical or environmental conditions, availability of access,

ingress or egress, operating history or projections, valuation, governmental approvals, governmental regulations or any other matter or thing relating to or affecting the Property including, without limitation: (i) the value, condition, merchantability, habitability, marketability, profitability, suitability or fitness for a particular use or purpose of the Property; (ii) the manner or quality of the construction or materials incorporated into any of the Property; and (iii) the manner, quality, state of repair or lack of repair of the Property. Grantee agrees that with respect to the Property, Grantee has not relied upon and will not rely upon, either directly or indirectly, any representation or warranty of Grantor or any agent of Grantor. Grantee represents that it has relied solely on its own expertise and that of Grantee's consultants, and that Grantee has conducted such inspections and investigations of the Property as it deemed appropriate, including but not limited to, the physical and environmental conditions thereof, and assumes the risk that adverse matters, including but not limited to adverse physical and environmental conditions, may exist on the Property. Grantee has acknowledged and agreed that Grantor sells and conveys the Property under this Deed to Grantee and that Grantee accepts said Property "AS IS, WHERE IS", with all faults, liens and encumbrances. Grantee further acknowledges and agrees that there are no oral agreements, warranties or representations by or with Grantor, any agent of Grantor or any third party affecting the Property.

IN WITNESS WHEREOF, I, Aaron R. Cohen, as Trustee (and not individually) of the bankruptcy estate of Lucian Dale Fortner, have executed this Trustee's Deed as of the Effective Date.

Signed, sealed and delivered
in the presence of:

WITNESS:

_____
Print Name: _____

_____
Aaron R. Cohen, as Trustee (and not individually)
of the bankruptcy estate of Lucian Dale Fortner

WITNESS:

_____
Print Name: _____

{27773722;2}

STATE OF FLORIDA

COUNTY OF DUVAL

      The foregoing instrument was executed and acknowledged before me this _____ day of _____, 2014, by Aaron R. Cohen, as Chapter 7 Trustee (and not individually), of the bankruptcy estate of Lucian Dale Fortner and who is  (        ) personally known to me or (      ) did produce _____ _____ as identification.

 

                         _____
                         Print Name: _____
                         Notary Public, State of Florida at Large
                         My Commission Number: _____
                         My Commission Expires: _____

## Exhibit A

A portion of Government Lot 6, Section 9, and a portion of the P. Seville Grant, Section 38, all in Township 7 South, Range 29 East, St. Johns County, Florida, and being more particularly described as follows:

Commence at a concrete monument at the Northeast corner of said Section 38; thence North 68 degrees 32' West, 901.0 feet along the North boundary of said Section 38 to another concrete monument and the Point of Beginning; thence continue North 68 degrees 32' West along said North boundary 793.2 feet to the Northwest corner of said Section 38 and a concrete monument; thence South 16 degrees 25' West, 1330.6 feet along the Westerly boundary of said Section 38 to a concrete monument; thence North 84 degrees 45' East, 1502.87 feet; thence North 17 degrees 09' West, 882.40 feet to the North line of the South ½ of Government Lot 6; thence North 87 degrees 28' 20" West along said North line 122.26 feet to the Point of Beginning.  Said tract contains +/- 28.41 acres.

also known as, Parcel or Strap No. 102150 0010.

{27773722;2}