UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Case No.: 3:12-bk-04401-JAF

LUCIAN DALE FORTNER,                                              Chapter 7

    Debtor.
_____ /

**MOTION FOR APPROVAL OF COMPROMISE
BETWEEN THE TRUSTEE AND MICHAEL A. FORTNER**

    Aaron R. Cohen, Chapter 7 Trustee (the "Trustee"), by and through his undersigned counsel, moves the Court to enter an Order approving the compromise between the Trustee and the Michael A. Fortner, and in support thereof says:

    1.    On February 3, 2014, the Chapter 7 Trustee's attorney served a Notice of Intent to Compromise Claims with Michael A. Fortner (Doc. 37) on all creditors pursuant to Fed. R. of Bankr. P. 9019 and 2002, and M.D. Fla. L.B.R. 2002-4.

    2.    On February 25, 2014, Kevin M. O'Dwyer, Sr. ("Mr. O'Dwyer") filed his Objection to the Trustee's Notice of Intent to Compromise Claims and Sell Property of the Bankruptcy Estate (Doc. 38).

    3.    On March 21, 2014, Mr. O'Dwyer filed his Notice of Withdrawal of Pleading (Doc. 40).

    4.    No other objections have been filed.

    WHEREFORE, the Trustee respectfully requests this Court to enter an order approving the compromise.

Dated: March 27, 2014.                                    AKERMAN LLP

                                                          By: */s/ Jacob A. Brown*
                                                              Jacob A. Brown
                                                              Florida Bar No. 0170038
                                                              Email: jacob.brown@akerman.com
                                                              50 North Laura Street, Suite 3100
                                                              Jacksonville, Florida 32202
                                                              Telephone: (904) 798-3700
                                                              Facsimile: (904) 798-3730

                                                          Attorneys for Aaron R. Cohen, Chapter 7 Trustee

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished either by electronic notification or U.S. mail, this 27th day of March, 2014, to:

Lucian Dale Fortner                                       Nina M. LaFleur, Esq.
3600 Fortner Road                                         P.O. Box 861128
Saint Augustine, FL 32084                                 St. Augustine, FL 32086-1128

Aaron R. Cohen, Chapter 7 Trustee                         United States Trustee – JAX7
P.O. Box 4218                                             George C. Young Federal Building
Jacksonville, FL 32201-4218                               400 West Washington Street, Suite 1100
                                                          Orlando, Florida 32801

Michael A. Fortner                                        Joseph Lester Boles, Jr.
8542 SW 12th Lane                                         19 Riberia Street
Gainesville, 32607                                        St. Augustine, FL 32084

Kevin M. O'Dwyer, Sr.
1429 Oak Forest Drive
Ormond Beach, FL 32174-3407


                                                          */s/ Jacob A. Brown*
                                                              Attorney

{28181668;2}                          2