**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                 Case No.: 3:12-bk-04401-JAF

LUCIAN DALE FORTNER,                                    Chapter 7

      Debtor.
_____ /

**ORDER APPROVING COMPROMISE BETWEEN**
**THE TRUSTEE AND MICHAEL A. FORTNER**

This case is before the Court upon the Motion for Approval of Compromise between Aaron R. Cohen, Chapter 7 Trustee (the "Trustee"), and Michael A. Fortner (the "Motion"). All objections to the Notice of Intent to Compromise Claims with Michael A. Fortner (Doc. 37) having been withdrawn, it is ORDERED:

1.    The Motion is granted.

2.    The compromise described in the February 3, 2014 Trustee's Notice of Intent to Compromise Claims with Michael A. Fortner (Doc. 37) is approved and is fully enforceable in all respects. The Trustee and Michael A. Fortner shall comply with all of the terms of the approved compromise.

DONE and ORDERED in Jacksonville, Florida, this 31st day of March, 2014

_____
JERRY A. FUNK
United States Bankruptcy Judge

Attorney Jacob A. Brown is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

{28181738;2}